FILED

FEB 25 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8161 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jorge Ernesto RAMIREZ-Lomas | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 23, 2008, within the Southern District of California, defendant Jorge Ernesto RAMIREZ-Lomas did knowingly and intentionally import approximately 21.72 kilograms (43.44 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 25th DAY OF FEBRUARY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge Ernesto RAMIREZ-Lomas

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Victor Esparza, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On February 23, 2008, at approximately 1145 hours, Jorge Ernesto RAMIREZ-Lomas entered the United States from Mexico, through the Calexico, California, West Port of Entry. RAMIREZ was the sole occupant of a 2004 Ford Expedition. When RAMIREZ presented his United States Passport, Customs and Border Protection Officer Carlos Dorantes noticed that his hands were shaking. RAMIREZ gave a negative Customs declaration and stated that he was going to the Calexico Wal-mart. RAMIREZ stated that he was a resident of Mexicali and was the registered owner of the vehicle for the last seven months. During questioning, the CBP Officer noticed that RAMIREZ displayed signs of nervousness and appeared in a hurry to leave. Based on his nervous demeanor, the CBP Officer referred RAMIREZ and the vehicle to secondary for further inspection.

At secondary, Canine Enforcement Officer, Craig Randolph was requested to utilize his Narcotic Detection Dog to inspect the vehicle. The Narcotic Detection Dog alerted to the presence of a narcotic odor emanating from the front of the vehicle that RAMIREZ was driving. CBP Officer Israel Mercado drilled the passenger side frame with a hand drill and extracted a white powdery substance, that field-tested positive for cocaine. Upon further inspection a total of twenty (20) packages were discovered concealed inside the hollow frame beams in the undercarriage. The (20) packages had a combined net weight of approximately 21.72 kilograms of cocaine or (43.44 pounds).

RAMIREZ was arrested for importation of cocaine into the United States. RAMIREZ was advised of his rights per Miranda, by Special Agent Victor Esparza. RAMIREZ stated that he understood his rights and did not want to answer any questions until he talked to an attorney. No questions were asked of RAMIREZ. After RAMIREZ was returned to his holding room and while awaiting transport to the Imperial County Jail, he ingested an unknown amount of cocaine that he had hidden in his clothing. RAMIREZ had

to be transported to Pioneers Hospital for medical attention and observation. After five hours he was released and booked at the Imperial County Jail to await his arraignment.

Executed on 02/24/2008 at 0900 hours.

*Victor Esparza*
Victor Esparza, Special Agent
U.S. Immigration and Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of three _3_ pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on _2-23-08_, in violation of Title 21 United States Code, Section(s) 952 &

Date/Time _2-25-08 @ 11:05AM_
United States Magistrate Judge