Mahir T. Sherif (SBN:135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115
mahirsherif@sbcglobal.net

**FILED**
MAR 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JORGE ERNESTO RAMIREZ-LOMAS**<br><br>    Defendant. | Case No.: 2:08-MJ-8161-PCL<br><br>SUBSTITUTION OF ATTORNEY |

I, **JORGE ERNESTO RAMIREZ-LOMAS,** hereby substitute Attorney, **MAHIR T. SHERIF,** in place of Attorney, **MARK A. CHAMBERS,** as my Attorney of record in the above-entitled case.

///
///
///
///
///
///

Substitution of Attorney - 1

1  I CONSENT TO THE SUBSTITUTION.

2  Dated: 3-05-08

_____
JORGE ERNESTO RAMIREZ-LOMAS
DEFENDANT

Dated: 3/6/08

_____
Antonio Yoo for
MAHIR T. SHERIF, ESQ.
RETAINED ATTORNEY

Dated: 3/6/08

_____
Antonio Yoo for
MARK A. CHAMBERS, ESQ.
FORMER ATTORNEY