**FILED**
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 874-DMS |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |
| JORGE ERNESTO RAMIREZ-LOMAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 23, 2008, within the Southern District of California, defendant JORGE ERNESTO RAMIREZ-LOMAS, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 21.72 kilograms (43.44 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 25, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
3/24/08