1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant U.S. Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: 619 557-7174 (Office); 557-5551 (Fax)
   Email: george.manahan@usdoj.gov

   Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-0874-DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JORGE ERNESTO RAMIREZ-LOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please feel free to call me if you have any questions about this notice.

DATED: June 20, 2008.

KAREN P. HEWITT
United States Attorney

s/ *George V. Manahan*
George V. Manahan
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ERNESTO RAMIREZ-LOMAS,<br><br>Defendant. | Case No. 08-cr-0874-DMS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Mahir Twefik Sherif
    Law Offices of Mahir T Sherif
    3376 30th Street
    San Diego, CA 92104-4535
    Email: mahirsherif@sbcglobal.net
    Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008.

                                        s/ *George V. Manahan*
                                        GEORGE V. MANAHAN